Ann M. Cerney, SBN:    068748
CERNEY KREUZE & LOTT, LLP
42 N. Sutter Street, Suite 400
Stockton, CA 95202
(209) 948-9384
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAHIERA OMARZAD, | No. 2:12-cv-02376-DAD |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of September 30, 2012, by thirty days, to the new response date of October 30, 2013, and that Defendant's brief will be due November 29, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

/////

/////

/////

/////

1

| | |
|---|---|
| DATED: September 27, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| /s/ Ann M. Cerney<br>Ann M. Cerney,<br>Attorney for Plaintiff | /s/ Francesco Benavides<br>FRANCESCO BENAVIDES,<br>(As authorized via E-mail on 9/27/13)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

### ORDER

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby granted. Plaintiff shall file her Motion For Summary Judgment on or before October 30, 2013.

**IT IS SO ORDERED.**

Dated:  October 9, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\omarzad2376.stip.eot.ord.docx

2